December 15, 2025

Maria Ecke

Estate of David Jonathan Ecke

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/23/2025_

RECEIVED DEC 18 2025 PRO SE OFFICE

United States District Court

Southern District of New York

500 Pearl Street

Room 200 New York, NY 10007

Attn: Pro Se Intake Unit

Attn: Judge Nelson Roman

Attn: Judge McMahon

Attn: Judge Sean H. Lane

## DEMAND TO COMBINE CASES – CASE NO. 19-23649(SHL) AND CASE NO. 25-CV-7803(NSR) AND CASE NO. 25-CV-10237 APPEAL OF THE CONFIRMATION OF PURDUE PHARMA ET AL UNDER BANKRUPTCY RULE 511

I, Maria Ecke, and the Estate of David Jonathan Ecke demand that all three cases be combined under Rule 511. Demand on the grounds of improper venue and to be sent to Honorable Judge McMahon, Case No. 21-cv-7532(cm).

I, Maria Ecke, am having trouble getting my paperwork docketed at the Pro Se Intake Unit. Some of the paperwork does not seem to arrive at the Pro Se Unit if it is mailed by a timely regular United States Postal Service, and I cannot seem to reach the District Court by telephone at phone number (212) 805-0136 promptly, so that I DO NOT HAVE TO SEND THE PAPERWORK BY OVERNIGHT MAIL. I had been given the name of the Supervisor of the Pro Se Unit, Lourdes Aquino, twice before, once on Friday, December 5, 2025, and once on Monday,

*MEMO ENDORSED*

*See* **Pg. 2**

*Maria Ecke*

December 15, 2025. I could not reach Lourdes Aquino, Supervisor of Pro Se of the New York District Court, nor was I given her email to write to. Either way, I know that Tammi Hellwig is the Supervisor of the Pro Se Unit in White Plains, and I have emailed her two times before, but I have never received a response. The Bankruptcy Court employees in White Plains, New York, do not even sign, print, stamp, or date the return receipts that they receive. See examples.

I, Maria Ecke, am mailing this information, by overnight mail, once again due to Court restrictions. This paperwork includes: the Forma Pauperis for the Appeal of the Confirmation of Purdue Pharma et al, Notice of Appeal of the Confirmation of Purdue Pharma et al, a Demand for Case No. 25-cv-7803(nsr) with Judge Nelson Roman, and additional paperwork for Honorable Judge McMahon to review for Case No. 21-cv-7532(cm). In addition, please send the portion that pertains to Honorable Judge Nelson to him.

I am sending the information, which I sent to Attorney Scott Bickford, Attorney for the Neonatal Abstinence Syndrome and McKinsey & Company Inc., at 338 Lafayette Street, New Orleans, LA 70130, srb@mbfirm.com, Phone: 504-581-9065, to you. Attorney Bickford emailed me to help me with McKinsey & Company Inc. with Case No. 3:24-cv-000980-crb. I don't find it fair or just to only help big companies. McKinsey & Company Inc. offered me $250,000.00 if I hired New York Attorney Michael Quinn to represent me, along with Ellen Isaacs. I did not choose to do this.

I heard from the Law Firm of Forman Law Offices, PA, 238 NE 1st Ave., Delray Beach, FL 33444, a firm that Arik Preis of Aiken Gump had hired to represent my family and me at the very end. Attorney Foreman was fired at the very beginning, and he did not want to represent us in the Endo International et al, the Branded Operations Holdings Inc., McKinsey & Company Inc., or Mallinckrodt et al Cases. I only heard from the law firm at the end, so I had to fire the firm again.

I, Maria Ecke, am a disabled, elderly, divorced Ukrainian woman on Social Security. I have NO PRINTER, NO SCANNER, NO CAMERA ON MY COMPUTER, NO STAFF TO HELP ME to fight a giant worldwide pharmaceutical company. In my opinion, I should not have to pay the New York Court system for something that Purdue Pharma et al, including Mallinckrodt, Endo International plc et al, and Branded Operations Holdings Inc think that only $360.00 or nothing at all is good enough to give an old lady without any heirs and an opioid rehabilitated son for a death of another son, David Jonathan Ecke. I am an only child of an only child, so I have no relatives or grandchildren. Should Purdue Pharma et al regain everything after I die? Is this another example of the claw-back system? I already have paperwork that shows that this is what happens if you die and you have no Heirs.

**The Court directs Appellee to respond to Appellant's letter (ECF No. 11) by January 6, 2025. The Clerk of Court is kindly directed to mail this Endorsement to pro se Appellant at the address listed on ECF and to show service on the docket, and to terminate the motion at ECF No. 11.**

**Dated: December 23, 2025**
      **White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge