**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

BRANDED OPERATIONS HOLDINGS,
INC.,

                          Debtor.
-------------------------------------------------------------------X
 MARIA ECKE,

                          Appellant,                    25 **CIVIL** 7803 (NSR)

             -against-                                  **JUDGMENT**


 PATRICK J. BARTELS, JR., Plan
Administrator,

                          Appellee.
-------------------------------------------------------------------X


     It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 08, 2026, the Court GRANTS the Plan

Administrator's motion to dismiss. Ms. Ecke's untimely filing of this appeal deprives the Court of

jurisdiction. The Court therefore need not address the Plan Administrator's remaining arguments;

accordingly, the case is closed.

**Dated:**  New York, New York
        April 10, 2026

                                                **TAMMI M. HELLWIG**
                                    _____
                                               **Clerk of Court**


                              **BY:**  _____
                                               **Deputy Clerk**